**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6165**

─────────────

HENRY LOTSON SPENCE, SR.,

                            Petitioner - Appellant,

        versus

JOSEPH M. BROOKS,

                            Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-00-446)

─────────────

Submitted:  April 12, 2001          Decided:  April 26, 2001

─────────────

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Henry Lotson Spence, Sr., Appellant Pro Se.  Tara Louise Casey, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Henry Lotson Spence, Sr., appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  Spence v. Brooks, No. CA-00-446 (E.D. Va. Dec. 28, 2000).  We deny Spence's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED